UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 4:19-cr-00087 |
| v. | ) | |
| | ) | |
| PHILLIP WALLACE | ) | |

## ORDER

This matter is before the Court on the Government's motion (Doc. 62) for an order directing the Clerk to adjust the official record of the Defendant's criminal monetary debt balance in the above-titled case, to reflect a recovery made by the Defendant's victim through third-party means.

The Court, having read and considered the Government's motion and the balance of the record, hereby GRANTS the Government's motion. The Clerk of Court is directed to adjust the balance of the Defendant's criminal monetary debt balance to reflect a payment of $743.00.

This __12th__ day of July, 2022

_____
JUDGE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA